# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**MAGISTRATE JUDGE KEYS**

## AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

UNITED STATES OF AMERICA )
)
NORTHERN DISTRICT OF ILLINOIS ) CASE NUMBER: **08CR 245**

The undersigned Affiant personally appeared before the Honorable Arlander Keys, a United States Magistrate Judge, and being duly sworn on oath, states: That at Laredo, Texas one Ana Deleon, was charged with the violation of Title 8, United States Code, Sections 1325 and Title 18 United States Code Section 2(a) for the offense aiding and abetting the illegal entry of Mexican aliens by attempting to transport them to further their entry into the United States, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Indictment Warrant is outstanding for the arrest of said defendant. See Ex. A attached Warrant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Deputy Phillip Leibas
United States Marshals Service

Subscribed and Sworn to before me this
26th day of March, 2008.

_____
HON. ARLANDER KEYS
United States Magistrate Judge

**FILED**
MAR 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Stephen P. Baker
Assistant United State's Attorney
Northern District Illinois

# United States District Court

SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA

## ARREST WARRANT

V.

CASE NUMBER: 5:08-PO-1704-01

Ana Hilda De Leon

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Ana Hilda De Leon___ and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  [ ] Information  [ ] Complaint  ( ) Order of Court  (X) Violation Notice  ( ) Pretrial Release

charging him with (brief description of offense)

**Probation**

in violation of Title _____

United States Code, Section(s) _____

MICHAEL N. MILBY
Name of Issuing Officer

U. S. District Clerk
Title of Issuing Officer

*Patricia Galvan* (signature)
Patricia Galvan, Deputy Clerk

March 8, 2008   Laredo, Texas
Date and Location

No bond set

By: U. S. Magistrate Judge Diana Saldana
Name of Judicial Officer

### RETURN
Name

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |