# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 245 | **DATE** | 3/26/2008 |
| **CASE TITLE** | USA vs. Ana Hilda De Leon | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 3/26/08. Defendant waives identity hearing. Bart Beals is appointed as counsel for defendant. The defendant is ordered removed in the custody of the U.S. Marshal to the District of Texas, Laredo Division. *AL*

Docketing to mail notices.

00:12

| | Courtroom Deputy Initials: | AC |
|---|---|---|