| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Linda Davila_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): LINDA DAVILA  C. Date of Delivery: 4-3-08 |
| 1. Article Addressed to:<br>to Blanco<br>tates District Court<br>tates Courthouse, 1st Floor<br>toria Street<br>X 78040 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>08cr245<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 2586 |

PS Form 3811, February 2004      Domestic Return Receipt                    102595-02-M-1540

FILED
Apr 3, 2008
APR - 8 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT