

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

FILED
08 APR -3 AM 10: 33
U.S. COURTS
SOUTHERN DISTRICT

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
March 31, 2008

~~Mr. Albert Dister~~
United States District Court
United States Courthouse, 1st Floor
1300 Victoria Street
Laredo, TX 78040

COPY

United States District Court
Southern District of Texas
RECEIVED

APR 07 2008 PG.

Michael N. Milby, Clerk
Laredo Division

Re: USA vs. Ana Hilda De Leon

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

  X   Docket Sheet,
          Case No.: 08 cr 245

  X   Affidavit in Removal

  ___ Financial Affidavit

  ___ Order appointing counsel

  ___ CJA 20 Form

  X   Appearance form

  X   Order of Removal dated: 3/26/08

  ___ Final Commitment Proceedings

  ___ Temporary Commitment

  ___ Order setting conditions of release

  ___ Detention Order

  ___ Appearance Bond

  ___ Other(see docket for entries):

FILED
APR 18 2008 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
APR 18 2008

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Yvette Pearson
Yvette Pearson  , Deputy Clerk